of the United States for Porto Rico.  October 11, 1910. Dismissed with costs, on motion of counsel for the appellant.  *Mr. F. Kingsbury Curtis* for appellant.  No appearance for appellee.

---

No. 97.  MARY E. CARTWRIGHT, PLAINTIFF IN ERROR, *v.* I. M. HOLCOMB, ADMINISTRATOR OF THE ESTATE OF D. J. SPENCER, DECEASED, ET AL.  In error to the Supreme Court of the State of Oklahoma.  October 11, 1910. Dismissed with costs, on motion of counsel for the plaintiff in error.  *Mr. Marshall Fulton* for plaintiff in error. *Mr. Joe T. Robinson* for defendants in error.

---

No. 137.  LAUREL OIL & GAS COMPANY, APPELLANT, *v.* GALBREATH OIL & GAS COMPANY.  Appeal from the United States Circuit Court of Appeals for the Eighth Circuit.  October 11, 1910.  Dismissed with costs, on motion of counsel for the appellant.  *Mr. William T. Hutchings* for appellant.  No appearance for appellee.

---

No. 144.  THE JACKSON LUMBER COMPANY, APPELLANT, *v.* CHARLES F. TURNER, TAX COLLECTOR OF WALTON COUNTY, FLORIDA, ET AL.  Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 11, 1910.  Dismissed with costs, on authority of counsel for the appellant.  *Mr. William W. Flournoy* for appellant.  *Mr. S. K. Gillis* for appellees.

---

No. 145.  THE JACKSON LUMBER COMPANY, APPELLANT, *v.* CHARLES F. TURNER, TAX COLLECTOR OF WAL-